874

In the Matter of HELEN CHERKIS, Respondent, against VINCENT R. IMPEL-LITTERI, as Mayor of the City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present— Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ. [See *ante*, p. 467.]

HEARN DEPARTMENT STORES, INC., Appellant-Respondent, v. DAVID LIVINGS-TON et al., Individually and as Officers of Department Store Employees Union No. 1250 (Ind.), et al., Respondents-Appellants. HEARN DEPARTMENT STORES, INC., Appellant-Respondent, v. DAVID LIVINGSTON et al., Individually and as Officers of Department Store Employees Union No. 1250 (Ind.), et al., Respond-ents-Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See *ante*, p. 480.]

## (October 30, 1953.)

In the Matter of HULAN E. JACK, Respondent, against JAMES M. POWER et al., Respondents, and JOSEPH J. CIOFFI, Appellant. In the Matter of J. MICHAEL SOLOMON, Respondent, against JAMES H. POWER et al., Respondents, and JOSEPH J. CIOFFI, Appellant.— Order unanimously affirmed. No opinion. Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

In the Matter of LOUIS T. ZECCOLA et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and HARRY L. BRUMOND, Appellants, et al., Respondents.— Order unanimously affirmed. No opinion. (See *Matter of Lieblich* v. *Cohen*, 286 N. Y. 559.) Present — Cohn, J. P., Breitel, Bastow, Botein and Bergan, JJ.

## SECOND DEPARTMENT, OCTOBER, 1953.

## (October 5, 1953.)

BROOKLYN FIRE BRICK WORKS, INC., Appellant, v. JAMES W. CLARK et al., Respondents.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

In the Matter of EDWARD L. DAME, Respondent. BURNLEY W. DAWSON et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *ante*, p. 708.]